**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**BONDARY MCCALL**                                                              **PETITIONER**
**REG. #43827-019**

v.                                           2:09-cv-00055-JJV

**T. C. OUTLAW**
**Warden, FCI-Forrest City**                                                    **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered September 4, 2009, judgment is hereby entered dismissing this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, without prejudice, for lack of jurisdiction.

IT IS SO ORDERED this 8th day of September, 2009.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE